■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES PEPE, Also Known as AARON GROSS, Appellant. [690 NYS2d 566] —Judgment, Supreme Court, New York County (Arlene Silverman, J.), rendered May 14, 1997, convicting defendant, after a jury trial, of attempted burglary in the second degree, and sentencing him, as a second felony offender, to a term of 6 years, unanimously affirmed.

The court properly exercised its discretion in precluding defendant from commenting on the People's failure to call a witness and in instructing the jury not to speculate as to what

testimony the witness might have given, since defendant did not establish any foundation for such a summation comment (*see, People v Tankleff,* 84 NY2d 992, 995).

The record establishes a valid waiver of defendant's right to attend bench conferences during voir dire. Concur—Ellerin, P. J., Nardelli, Williams, Saxe and Friedman, JJ.